Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−14707−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy J. Pollio
   16 Datchet Close
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−8651

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           7/23/25
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: May 6, 2025
JAN: wdr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 25-14707-CMG
Nancy J. Pollio                                                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                   User: admin                   Page 1 of 3
Date Rcvd: May 06, 2025            Form ID: 132               Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J. Pollio, 16 Datchet Close, Freehold, NJ 07728-3818 |
| 520644139 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520644140 | | SunBit, PO Box 2401, Los Angeles, CA 90024 |
| 520644150 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520644114 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 06 2025 21:05:13 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520644115 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 06 2025 21:05:16 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520644116 | + | Email/Text: bankruptcycourtnotices@amerihome.com | May 06 2025 20:52:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 520644117 | ^ | MEBN | May 06 2025 20:51:14 | AmeriHome Mortgage, Po Box 77404, Ewing, NJ 08628-6404 |
| 520644118 | + | Email/PDF: bncnotices@becket-lee.com | May 06 2025 21:05:02 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520644119 | + | Email/PDF: bncnotices@becket-lee.com | May 06 2025 21:04:47 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520644121 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 06 2025 20:51:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520644120 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 06 2025 20:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520644122 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2025 21:04:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520644123 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2025 21:05:18 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520644125 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2025 21:05:15 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520644124 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2025 21:15:29 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

| Recipient # | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 520644126 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2025 20:52:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520644127 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2025 20:52:00 | Comenity Bank/Kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 520644128 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2025 20:52:00 | Comenity Capital Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520644129 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2025 20:52:00 | Comenity Capital Bank, Po Box 182120, Columbus, OH 43218-2120 |
| 520644130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2025 20:52:00 | Comenity Capital/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520644131 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2025 20:52:00 | Comenity Capital/Sephora, Po Box 182120, Columbus, OH 43218-2120 |
| 520644132 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2025 20:52:00 | Comenity/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520644133 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2025 20:52:00 | Comenity/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 520644137 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2025 21:04:52 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520644134 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2025 20:52:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520644135 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 06 2025 21:05:01 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 520644136 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 06 2025 21:15:52 | Jpmcb/Chase, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520644138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2025 21:05:01 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520644141 | ^ | MEBN | May 06 2025 20:50:38 | SunBit, PO Box 841238, Los Angeles, CA 90084-1238 |
| 520644143 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2025 21:04:54 | Synchrony Bank, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520644142 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2025 21:04:49 | Synchrony Bank, Attn: Bankruptcy, Pob 965060, Orlando, FL 32896-5060 |
| 520644144 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2025 21:04:56 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520644145 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2025 21:04:58 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520644147 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2025 21:04:59 | Synchrony Bank/PC Richards & Sons, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520644146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2025 21:04:43 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520644149 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2025 21:05:15 | Synchrony Bank/Sams, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520644148 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2025 21:15:30 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: May 06, 2025 | Form ID: 132 | Total Noticed: 40

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Robert Cameron Legg | on behalf of Debtor Nancy J. Pollio courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3