Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  25−14707−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy J. Pollio
   16 Datchet Close
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−8651

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 29, 2025.

Dated: July 29, 2025
JAN: dmi

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14707-CMG |
| Nancy J. Pollio | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 29, 2025 | Form ID: plncf13 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J. Pollio, 16 Datchet Close, Freehold, NJ 07728-3818 |
| 520644139 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520644140 | | SunBit, PO Box 2401, Los Angeles, CA 90024 |
| 520644150 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520644114 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 29 2025 21:18:32 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520644115 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 29 2025 21:07:55 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520644116 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Jul 29 2025 20:52:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 520644117 | ^ | MEBN | Jul 29 2025 20:46:42 | AmeriHome Mortgage, Po Box 77404, Ewing, NJ 08628-6404 |
| 520743394 | ^ | MEBN | Jul 29 2025 20:47:50 | AmeriHome Mortgage Company, LLC, c/o ServiceMac, LLC, 9726 old bailes road, suite 200, fortmill SC 29707-7882 |
| 520691216 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2025 20:56:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520644118 | + | Email/PDF: bncnotices@becket-lee.com | Jul 29 2025 20:56:55 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520644119 | + | Email/PDF: bncnotices@becket-lee.com | Jul 29 2025 21:07:56 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520644121 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2025 20:52:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520644120 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2025 20:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520703456 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2025 20:52:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520644122 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2025 20:57:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 25-14707-CMG    Doc 19    Filed 07/31/25    Entered 08/01/25 00:12:56    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2025 | Form ID: plncf13 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 520644123 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 29 2025 20:56:35 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520679030 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jul 29 2025 20:57:02 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520723159 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 29 2025 20:56:59 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520644125 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 29 2025 21:07:42 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520644124 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 29 2025 20:57:25 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520644126 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 29 2025 20:53:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520644127 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 29 2025 20:53:00 | Comenity Bank/Kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 520644128 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 29 2025 20:53:00 | Comenity Capital Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520644129 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 29 2025 20:53:00 | Comenity Capital Bank, Po Box 182120, Columbus, OH 43218-2120 |
| 520644130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 29 2025 20:53:00 | Comenity Capital/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520644131 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 29 2025 20:53:00 | Comenity Capital/Sephora, Po Box 182120, Columbus, OH 43218-2120 |
| 520644132 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 29 2025 20:53:00 | Comenity/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520644133 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 29 2025 20:53:00 | Comenity/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 520644137 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 29 2025 21:08:06 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520644134 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 29 2025 20:53:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520720889 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jul 29 2025 20:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520693836 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jul 29 2025 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520644135 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 29 2025 20:57:21 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 520644136 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 29 2025 20:57:20 | Jpmcb/Chase, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520644138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 29 2025 21:07:41 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520723163 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 29 2025 20:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520723162 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 29 2025 20:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520724480 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 29 2025 21:07:59 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520644141 | | ^  MEBN | | |
| | | | Jul 29 2025 20:47:02 | SunBit, PO Box 841238, Los Angeles, CA 90084-1238 |

| | | | | |
|---|---|---|---|---|
| 520644143 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 21:08:17 | Synchrony Bank, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520644142 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 21:08:06 | Synchrony Bank, Attn: Bankruptcy, Pob 965060, Orlando, FL 32896-5060 |
| 520644144 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 20:56:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520644145 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 20:56:25 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520644147 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 21:07:55 | Synchrony Bank/PC Richards & Sons, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520644146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 21:07:49 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520644149 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 20:57:24 | Synchrony Bank/Sams, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520644148 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 20:56:25 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2025             Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Nancy J. Pollio courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4